IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JENSAM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action File<br>No. 2:14-CV-00025<br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT

**COMES NOW** the Plaintiff, JenSam, Inc., and files its Complaint, showing as follows:

1.

JenSam, Inc. is a corporation transacting business within the State of Georgia.

2.

First American Title Insurance Company is a corporation transacting business within the State of Georgia and is subject to the venue and jurisdiction of this Court. Defendant may be served with a copy of this Complaint by serving its registered agent Corporation Service Company, at 40 Technology Parkway, South, #300, Norcross, Georgia 30092.

3.

On December 27, 2006, Defendant issued a policy of title insurance (policy number GF-OP-106797) (the "Policy") to Plaintiff in connection with the purchase of Lot 24 and a portion of Lot 23, Sluder Place, Elijay, Georgia (the "Property").

4.

The amount for insurance for the Policy is $85,000.00.

5.

This Court has jurisdiction over this action pursuant to 28 USC §1332.

6.

Shortly after the purchase, Plaintiff began construction of a spec home on the Property.

7.

Thereafter, as a consequence of a recorded easement not listed on the Policy, a Stop Work Order was issued preventing construction on the Property.

8.

The subject recorded easement renders the Property virtually worthless.

9.

Plaintiff duly reported this title defect and the consequent loss and timely made claim for this loss under the policy of insurance for the policy limits of $85,000.

10.

Nonetheless, Defendant has failed and refused to honor its obligations under the Policy and has failed and refused to pay Plaintiff's claim.

11.

Defendant has acted in bad faith, thereby entitling Plaintiff to additional charges as well as attorney fees.

WHEREFORE, Plaintiff requests a trial by jury and a judgment in an amount not less than $85,000 rendered on its behalf against Defendant together with an award for

attorney's fees and damages for bad faith and for such further and additional relief as the Court deems meet and just.

Respectfully submitted,

Terry Lee Wilson
Georgia Bar No. 141685

Terry Lee Wilson, LLC
2403 East First Street
Blue Ridge, GA  30513
phone:706-946-6808
fax: 706-946-6809