# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JENSAM, INC., ) | |
| ) | |
| Plaintiff / Counterclaim Defendant ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:14-CV-00025 |
| FIRST AMERICAN TITLE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants / Counterclaim Plaintiff. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL
## OF COMPLAINT AND COUNTERCLAIM

Plaintiff / Counterclaim Defendant, Jensam, Inc. and Defendant / Counterclaim Plaintiff, First American Title Insurance Company, (collectively, the "Parties") hereby stipulate, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), 41(a)(1)(B), and 41(c) and Local Rule 41.1, all claims and counterclaims of all Parties shall be voluntarily dismissed <u>with prejudice</u>, with each party to bear his and its own legal fees and other costs.

Respectfully submitted this 1st day of July, 2014.

| **TERRY LEE WILSON, LLC** | **TAYLOR ENGLISH DUMA LLP** |
|---|---|
| s/ Terry Lee Wilson_____ | /s/ Gregory G. Schultz |
| Terry Lee Wilson | Gregory G. Schultz |
| Georgia Bar No. 141685 | Georgia Bar No. 630260 |

|  |  |
|---|---|
|  | Deborah J. Livesay<br>Georgia Bar No.: 205591 |
| 2403 East First Street<br>Blue Ridge, GA 30513<br>Telephone:  (706) 946-6808<br>Facsimile:   (706) 946-6809<br>Email: terry@tlwlaw.com | 1600 Parkwood Circle - Suite 400<br>Atlanta, Georgia 30339<br>Telephone:  (770) 434-6868<br>Facsimile:   (770) 434-7376<br>Email: gschultz@taylorenglish.com<br>Email: dlivesay@taylorenglish.com |
| (*Filed with express permission by Gregory G. Schultz*) |  |
| ATTORNEYS FOR PLAINTIFF /<br>COUNTERCLAIM DEFENDANT<br>JENSAM, INC. | ATTORNEYS FOR DEFENDANT /<br>COUNTERCLAIM PLAINTIFF FIRST<br>AMERICAN TITLE INSURANCE COMPANY |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading was prepared using Times New Roman, 14-point, and otherwise conforms to the requirements of Local Rule 5.1.

This 1st day of July, 2014.

/s/ Gregory G. Schultz
Gregory G. Schultz
Georgia Bar No. 630260
*Attorney for Defendant /*
*Counterclaim Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| JENSAM, INC., ) <br> ) <br> Plaintiff / Counterclaim Defendant ) <br> ) <br> v. ) <br> ) <br> FIRST AMERICAN TITLE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendants / Counterclaim Plaintiff. ) <br> ) | CASE NO. 2:14-CV-00025 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1st, 2014, I electronically filed the foregoing

*JOINT STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM*

with the Clerk of Court using the CM/ECF system, which will automatically send

e-mail notification to the following attorney of record for Plaintiff:

Terry Lee Wilson
TERRY LEE WILSON, LLC
2403 East First Street
Blue Ridge, GA 30513

This day of 1st day of July, 2014.

**TAYLOR ENGLISH DUMA LLP**

/s/ Gregory G. Schultz
Gregory G. Schultz
Georgia Bar No.: 630260